IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CRYSTAL LASSITER, | * | NO.: 6:13-cv-00630 |
|     Plaintiff | * | (Jury Demanded) |
| | * | |
| vs. | * | JUDGE MICHAEL H. SCHNEIDER |
| | * | |
| VICKI DENISE KAY et al., | * | |
|     Defendants | * | |

* * * * * * * * * * * * *

**ORDER**

IT IS HEREBY ORDERED that State Farm Fire and Casualty Company shall be and hereby is dismissed from this matter without prejudice.

**It is SO ORDERED.**

**SIGNED this 7th day of February, 2014.**

_/s/ Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE