# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| CRYSTAL LASSITER | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:13-cv-630 |
| VICKI DENISE KAY and ALLSTATE | § | |
| PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY | § | |

## FINAL JUDGMENT

In accordance with the parties' stipulation of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 22nd day of August, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE